**ACACIA COMMUNICATIONS (ACIA)**                                    **Tharp, Steven**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 10/11/2016 | Purchase | 50 | $90.3675 |
| 10/11/2016 | Purchase | 50 | $90.8614 |
| 10/14/2016 | Purchase | 50 | $90.5300 |