# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN THARP, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>         Defendants. | No. 1:17-cv-11504-WGY |

## RINA ROLLHAUS' NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL BY WKW PARTNERS FUND 1, LP AND HUI ZHANG

   Movant Rina Rollhaus ("Rollhaus"), by her undersigned counsel, respectfully submits this Notice of Non-Opposition to WKW Partners Fund 1, LP ("WKW") and Hui Zhang's ("Zhang") motion for appointment as lead plaintiff filed with the Court in the above-captioned action (ECF No. 27). Following review of the competing motions, Rollhaus has concluded that WKW and Zhang have the largest financial interest in the litigation and that they are the presumptive lead plaintiffs. Rollhaus had submitted a motion to be appointed as lead plaintiff with respect to a class bringing claims under the Securities Act of 1933 only (the "Securities Act Class"), but counsel for WKW and Zhang has stated that Rollhaus and the claims she asserted will be included in the consolidated and/or amended complaint in this action in the event WKW and Zhang are appointed lead plaintiff.

   Nevertheless, should other movants be unable to serve or continue to serve as lead plaintiff, Rollhaus stands ready, willing and able to serve as lead plaintiff for the Securities Act Class, and is

prepared to assist in the prosecution of this putative class action and to serve as a representative of the Securities Act Class.

       This notice shall have no effect on and is without prejudice to Rollhaus' status as a member of the Securities Act Class, including her right to share in any recovery resulting from the resolution of this litigation through settlement, judgment or otherwise.

Dated: November 1, 2017                     Respectfully submitted,

                               **/s/ Adam M. Stewart**
                              Edward F. Haber (BBO#215620)
                              ehaber@shulaw.com
                              Adam M. Stewart (BBO#661090)
                              astewart@shulaw.com
                              SHAPIRO HABER & URMY LLP
                              Seaport East
                              Two Seaport Lane
                              Boston, MA  02210
                              (617) 439-3939

                               **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                              Jack G. Fruchter
                              Lawrence D. Levit
                              Cassandra Porsch
                              One Penn Plaza, Suite 2805
                              New York, New York 10119
                              (212) 279-5050
                              (212) 279-3655 (fax)

                               **Counsel for Rina Rollhaus**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 1, 2017.

**/s/ Adam M. Stewart**_____
Adam M. Stewart