AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| THARP, *Plaintiff* <br> v. <br> ACACIA COMMUNICATIONS, INC., et al., *Defendant* | Case No. 1:17-cv-11504-WGY |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

see Rider.

Date: 11/22/2017

/s/ John D. Donovan, Jr.
*Attorney's signature*

John D. Donovan, Jr. (BBO # 130950)
*Printed name and bar number*

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
*Address*

John.Donovan@ropesgray.com
*E-mail address*

(617) 951-7000
*Telephone number*

(617) 951-7050
*FAX number*

Rider

Goldman, Sachs & Co.
Merrill Lynch, Pierce, Fenner & Smith Inc.
Deutsche Bank Securities Inc.
Morgan Stanley & Co. LLC
Needham & Company, LLC
Cowen and Company, LLC
William Blair & Company, L.L.C.
Northland Securities, Inc.