**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STEVEN THARP,
individually and on behalf of all similarly situated,

_____
              Plaintiff(s)

        v.                        CIVIL ACTION NO. 17-11504-WGY

ACACIA COMMUNICATIONS INC.; MURUGESAN SHANMUGARAJ;
and JOHN F. GAVIN,

_____
              Defendant(s)

**JUDGMENT IN A CIVIL CASE**

YOUNG DJ,

_____    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X

_____    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

    Pursuant to the Memorandum and Order entered by the Court on June 15, 2018, the Court **DENIES** the Plaintiffs Motion for Leave to Amend the Consolidated Amended Complaint as futile. ECF No. 160. The Court **GRANTS** the Acacia Defendants, the Selling Defendants, and the Underwriter Defendants motions to dismiss the complaint. ECF Nos. 98, 101, 105. The Court **DENIES** OFSs motion to dismiss the complaint as moot because the Plaintiffs no longer allege any indiscretions by it in their Proposed Amended Complaint. ECF No. 103**.**

    Case **DISMISSED** as to: Commonwealth Capital Ventures IV L.P., Egan Managed Capital III, L.P., Matrix Partners VIII, L.P., Summit Investors I (UK), L.P., Summit Investors I, LLC, Summit Partners Venture Capital Fund III-B, L.P., Summit Partners Venture Captial Fund III-A, L.P., Weston & Co. VIII, LLC, Cowen and Company, LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., Morgan Stanley & Co. LLC, Needham & Company, LLC, Northland Securities, Inc., William Blair & Company LLC, Acacia Communications, Inc., Bhupendra Shah 1999 Trust U/A DTD 10/06/1999, Peter Y. Chung, John F. Gavin,

Mehrdad Givehchi, Givehchi LLC, John Lomedico, Benny P. Mikkelsen, Francis J. Murphy, Christian Rasmussen, Stan J. Reiss, John Ritchie, Vincent T. Roche, Bhupendra C. Shah, Murugesan Shanmugaraj, Eric A. Swanson, The Malini Shanmugaraj 2016 QTIP Trust.

|  |  |
|---|---|
|  | ROBERT M. FARRELL<br>CLERK OF COURT |
| Dated: <u>June 25, 2018</u>     By | /s/Matthew A. Paine<br>_____<br>Deputy Clerk |