# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN THARP, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN, <br><br> Defendants. | No. 17-cv-11504-WGY <br> (LEAD DOCKET) <br><br> **<u>JOINT MOTION TO STAY DERIVATIVE CASES AND SET SCHEDULE FOR PRELIMINARY SETTLEMENT APPROVAL</u>** |
| KAREN COLGAN, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, JOHN F. GAVIN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, VINCENT T. ROCHE, STAN J. REISS, ERIC A. SWANSON, PETER Y. CHUNG, and JOHN RITCHIE, <br><br> Defendants, <br><br> and <br><br> ACACIA COMMUNICATIONS, INC., <br><br> Nominal Defendant. | No. 17-cv-12350-WGY |

[Caption continued on next page]

| | |
|---|---|
| JONATHAN WONG, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MURUGESAN SHANMUGARAJ, JOHN F. GAVIN, BENNY P. MIKKELSEN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, ERIC A. SWANSON, STAN J. REISS, PETER Y. CHUNG, JOHN RITCHIE, and VINCENT T. ROCHE, <br><br> Defendants, <br><br> and <br><br> ACACIA COMMUNICATIONS, INC., <br><br> Nominal Defendant. | No. 17-cv-12550-WGY |

[Caption continued on next page]

| | |
|---|---|
| SANDRA FARAH-FRANCO and RUSSELL GOURLEY, Derivatively on Behalf of Nominal Defendant ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, PETER Y. CHUNG, STAN J. REISS, JOHN RITCHIE, VINCENT T. ROCHE, ERIC A. SWANSON, JOHN F. GAVIN, MEHRDAD GIVEHCHI, FRANCIS J. MURPHY, CHRISTIAN J. RASMUSSEN, and BHUPENDRA C. SHAH, <br><br> Defendants, <br><br> and <br><br> ACACIA COMMUNICATIONS, INC., <br><br> Nominal Defendant. | No. 18-cv-10465-WGY |

The parties to the above-captioned consolidated derivative actions have reached an agreement in principle to settle these actions, which is subject to the preparation of a final settlement agreement and Court approval. Accordingly, the parties, by and through their respective counsel, hereby respectfully request that the Court stay these actions while the parties prepare a final settlement agreement and motion for preliminary approval of the settlement. As grounds for this motion, the parties state as follows:

1. By Order dated April 30, 2018 (ECF No. 163), the Court appointed Karen Colgan, Sarah Farah-Franco, and Russell Gourley as Co-Lead Plaintiffs ("Co-Lead Plaintiffs") for the above-captioned derivative actions (the "Derivative Actions"), which the Court has consolidated with and into *Tharp v. Acacia Communications, Inc.*, No. 17-CV-11504-WGY.

2. On May 30, 2018, Co-Lead Plaintiffs filed a Consolidated Amended Verified Shareholder Derivative Complaint ("Amended Derivative Complaint") (ECF No. 167). The Defendants' current deadline to move to dismiss, answer, or otherwise respond to the Amended Derivative Complaint is July 30, 2018, and the Court has scheduled a hearing for September 27, 2018 on any pending motion to dismiss (ECF No. 173).

3. Another Acacia shareholder has pursued litigation in connection with his demand to inspect certain of Acacia's books and records pursuant to 8 *Del. C.* § 220 (*Silberberg v. Acacia Commc'ns, Inc.*, No. 2018-0262-TMR (Del. Ch.) (the "Silberberg Action")), and the parties understand that Silberberg is considering pursuing derivative claims in the Delaware Court of Chancery and/or seeking to intervene in the Derivative Actions.

4. On June 15, 2018, the Court issued a Memorandum and Order in the related and consolidated *Tharp* securities class action, in which the Court dismissed all claims in the securities class action with prejudice (ECF No. 168).

5. On July 19, 2018, the parties to the Derivative Actions and the Silberberg Action participated in a mediation and reached an agreement in principle to settle those actions.

6. The settlement is subject to negotiation and execution of a final settlement agreement and Court approval, pursuant to Federal Rule of Civil Procedure 23.1(c).

7. The parties also expect to negotiate Plaintiffs' request for attorneys' fees. If the parties are unable to reach agreement, then the Plaintiffs will petition the Court for an award of fees.

8. The parties require additional time to prepare a final settlement agreement and motion for preliminary approval of the settlement, which the parties intend to file or on before August 31, 2018.

For all of these reasons, the parties respectfully request that the Court stay the Derivative Actions while the parties prepare a final settlement agreement and motion for preliminary approval of the settlement, to be filed on or before August 31, 2018.

DATED:  July 27, 2018              **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

  /s/ *Geoffrey M. Johnson*
Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44118
Telephone:  (216) 229-6088
Facsimile:   (860) 537-4432
gjohnson@scott-scott.com

Amanda F. Lawrence (BBO# 568737)
David R. Scott
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
alawrence@scott-scott.com
david.scott@scott-scott.com

Joe Pettigrew
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508
jpettigrew@scott-scott.com

*Co-Lead Counsel for Derivative Plaintiffs*

DATED:  July 27, 2018                     **ROBBINS ARROYO LLP**

   */s/ Steven R. Wedeking*
Steven R. Wedeking (admitted *pro hac vice*)
Brian J. Robbins
Felipe J. Arroyo (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
swedeking@robbinsarroyo.com

*Co-Lead Counsel for Derivative Plaintiffs*

DATED:  July 27, 2018                     **WILMER CUTLER PICKERING**
      **HALE AND DORR LLP**

   */s/ Daniel W. Halston*
Daniel W. Halston (BBO # 548692)
Peter J. Kolovos (BBO # 632984)
Ian Coghill (BBO  # 685754)
Erika M. Schutzman (BBO # 696241)
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000
daniel.halston@wilmerhale.com
peter.kolovos@wilmerhale.com
ian.coghill@wilmerhale.com
erika.schutzman@wilmerhale.com

*Attorneys for Acacia Communications, Inc., Murugesan Shanmugaraj, John F. Gavin, Benny P. Mikkelsen, Francis J. Murphy, Bhupendra C. Shah, Christian J. Rasmussen, Mehrdad Givehchi, Eric A. Swanson, Stan J. Reiss, Peter Y. Chung, John Ritchie, and Vincent T. Roche*

**IT IS SO ORDERED.**

DATED: _____                           _____
                                                                                    Hon. Judge William G. Young
                                                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

      I, Peter J. Kolovos, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 27th day of July, 2018.

*/s/ Peter J. Kolovos*  
Peter J. Kolovos
