# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN THARP, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>     Defendants. | No. 17-cv-11504-WGY (LEAD DOCKET)<br><br>**FEDERAL PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| KAREN COLGAN, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, JOHN F. GAVIN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, VINCENT T. ROCHE, STAN J. REISS, ERIC A. SWANSON, PETER Y. CHUNG, and JOHN RITCHIE,<br><br>     Defendants,<br><br> and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>     Nominal Defendant. | No. 17-cv-12350-WGY |

[Caption continued on next page.]

| | |
|---|---|
| JONATHAN WONG, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC., | No. 17-cv-12550-WGY |
| Plaintiff, | |
| v. | |
| MURUGESAN SHANMUGARAJ, JOHN F. GAVIN, BENNY P. MIKKELSEN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, ERIC A. SWANSON, STAN J. REISS, PETER Y. CHUNG, JOHN RITCHIE, and VINCENT T. ROCHE, | |
| Defendants, | |
| and | |
| ACACIA COMMUNICATIONS, INC., | |
| Nominal Defendant. | |
| SANDRA FARAH-FRANCO and RUSSELL GOURLEY, Derivatively on Behalf of Nominal Defendant ACACIA COMMUNICATIONS, INC., | No. 1:18-cv-10465-WGY |
| Plaintiffs, | |
| v. | |
| MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, PETER Y. CHUNG, STAN J. REISS, JOHN RITCHIE, VINCENT T. ROCHE, ERIC A. SWANSON, JOHN F. GAVIN, MEHRDAD GIVEHCHI, FRANCIS J. MURPHY, CHRISTIAN J. RASMUSSEN, and BHUPENDRA C. SHAH, | |
| Defendants, | |
| and | |
| ACACIA COMMUNICATIONS, INC., | |
| Nominal Defendant. | |

Federal Plaintiffs Karen Colgan, Sandra Farah-Franco, Russell Gourley, and Jonathan Wong hereby move this Court for an order preliminarily approving the settlement of the above-captioned action and providing notice of the settlement pursuant to Rule 23.1 of the Federal Rules of Civil Procedure.[1]  This unopposed motion is based on the Memorandum of Points and Authorities in support thereof, Stipulation of Settlement, [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice submitted concurrently herewith, all pleadings and papers filed in this action, and any other matter that the Court may consider on this unopposed motion.

DATED:  September 14, 2018

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Geoffrey M. Johnson*
Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44118
Telephone:  (216) 229-6088
Facsimile:   (860) 537-4432
gjohnson@scott-scott.com

Amanda F. Lawrence (BBO# 568737)
David R. Scott
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
alawrence@scott-scott.com
david.scott@scott-scott.com

Joe Pettigrew
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508
jpettigrew@scott-scott.com

---

[1]	The terms of the Settlement are set forth in the Stipulation of Settlement, dated September 14, 2018, and filed, together with the exhibits annexed thereto, with the Court concurrently herewith.

1

Steven R. Wedeking (admitted *pro hac vice*)
Brian J. Robbins
Felipe J. Arroyo (admitted *pro hac vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
swedeking@robbinsarroyo.com

*Co-Lead Counsel for Federal Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Geoffrey M. Johnson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 14th day of September, 2018.

*/s/ Geoffrey M. Johnson*
Geoffrey M. Johnson (admitted *pro hac vice*)
