**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN THARP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>Defendants. | No. 17-cv-11504-WGY<br>(LEAD DOCKET)<br><br>**DECLARATION OF GEOFFREY M. JOHNSON IN SUPPORT OF FEDERAL PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| KAREN COLGAN, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, JOHN F. GAVIN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, VINCENT T. ROCHE, STAN J. REISS, ERIC A. SWANSON, PETER Y. CHUNG, and JOHN RITCHIE,<br><br>Defendants,<br><br>and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>Nominal Defendant. | No. 17-cv-12350-WGY |

[Caption continued on next page.]

| | |
|---|---|
| JONATHAN WONG, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MURUGESAN SHANMUGARAJ, JOHN F. GAVIN, BENNY P. MIKKELSEN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, ERIC A. SWANSON, STAN J. REISS, PETER Y. CHUNG, JOHN RITCHIE, and VINCENT T. ROCHE,<br><br>Defendants,<br><br>and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>Nominal Defendant. | No. 17-cv-12550-WGY |
| SANDRA FARAH-FRANCO and RUSSELL GOURLEY, Derivatively on Behalf of Nominal Defendant ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, PETER Y. CHUNG, STAN J. REISS, JOHN RITCHIE, VINCENT T. ROCHE, ERIC A. SWANSON, JOHN F. GAVIN, MEHRDAD GIVEHCHI, FRANCIS J. MURPHY, CHRISTIAN J. RASMUSSEN, and BHUPENDRA C. SHAH,<br><br>Defendants,<br><br>and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>Nominal Defendant. | No. 1:18-cv-10465-WGY |

I, Geoffrey M. Johnson, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner with the law firm of Scott+Scott Attorneys at Law LLP, and serve as Co-Lead Counsel in the above-captioned action. I make this Declaration in Support of Federal Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement. I have been actively involved in prosecuting this action and have personal knowledge of the matters set forth herein, and if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct versions of the following:

| | |
|---|---|
| Exhibit 1 | Stipulation of Settlement dated September 14, 2018 |
| Exhibit A (to the Stipulation) | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice |
| Exhibit B (to the Stipulation) | [Proposed] Form of Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing, and Right to Appear |
| Exhibit C (to the Stipulation) | [Proposed] Form of Summary Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing, and Right to Appear |
| Exhibit D (to the Stipulation) | [Proposed] Final Judgment and Order of Dismissal with Prejudice |

3. I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 14th day of September, 2018, in Cleveland Heights, Ohio.

Geoffrey M. Johnson