# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN THARP, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>　　　　　　　Defendants. | No. 17-cv-11504-WGY<br>(LEAD DOCKET)<br><br>**PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARDS** |
| KAREN COLGAN, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, JOHN F. GAVIN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, VINCENT T. ROCHE, STAN J. REISS, ERIC A. SWANSON, PETER Y. CHUNG, and JOHN RITCHIE,<br><br>　　　　　　　Defendants,<br><br>　and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>　　　　　　　Nominal Defendant. | No. 17-cv-12350-WGY |

[Caption continued on next page.]

| | |
|---|---|
| JONATHAN WONG, Derivatively on Behalf of ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MURUGESAN SHANMUGARAJ, JOHN F. GAVIN, BENNY P. MIKKELSEN, FRANCIS J. MURPHY, BHUPENDRA C. SHAH, CHRISTIAN J. RASMUSSEN, MEHRDAD GIVEHCHI, ERIC A. SWANSON, STAN J. REISS, PETER Y. CHUNG, JOHN RITCHIE, and VINCENT T. ROCHE,<br><br>        Defendants,<br><br>   and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>        Nominal Defendant. | No. 17-cv-12550-WGY |
| SANDRA FARAH-FRANCO and RUSSELL GOURLEY, Derivatively on Behalf of Nominal Defendant ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MURUGESAN SHANMUGARAJ, BENNY P. MIKKELSEN, PETER Y. CHUNG, STAN J. REISS, JOHN RITCHIE, VINCENT T. ROCHE, ERIC A. SWANSON, JOHN F. GAVIN, MEHRDAD GIVEHCHI, FRANCIS J. MURPHY, CHRISTIAN J. RASMUSSEN, and BHUPENDRA C. SHAH,<br><br>        Defendants,<br><br>   and<br><br>ACACIA COMMUNICATIONS, INC.,<br><br>        Nominal Defendant. | No. 1:18-cv-10465-WGY |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that on December 19, 2018 at 2:00 p.m., before the Honorable William G. Young, judge of the U.S. District Court for the District of Massachusetts, located at John Joseph Moakley United States Courthouse, 1 Courthouse Way, Courtroom 18, 5th Floor, Boston, Massachusetts 02210, Plaintiffs' Counsel[1] hereby move this Court for an order granting their application for an award of attorneys' fees in the amount of $1,750,000, reimbursement of expenses in the amount of $34,367.02, and approval of nominal incentive awards in the amount of $2,500 to be paid to each of the Plaintiffs out of Plaintiffs' Counsel's award of attorneys' fees and expenses.

Plaintiffs' Counsel hereby apply for entry of the [Proposed] Final Order and Final Judgment, concurrently filed herewith as an attachment to Plaintiffs' Motion for Final Approval of the Settlement, requesting the Court to determine: (i) whether the Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate and should be approved by the Court; (ii) whether to grant Plaintiffs' Counsel's application for an award of attorneys' fees, reimbursement of expenses, and payment of service awards; and (iii) rule on such other matters as the Court may deem appropriate.

This motion is supported by the accompanying Memorandum of Points and Authorities, the Stipulation and exhibits thereto, all pleadings and papers filed in this action, any arguments made before the Court at the hearing of this motion, and such additional evidence or argument as may be required by the Court.

DATED:  November 7, 2018                          Respectfully submitted,
                                                  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                                   */s/ Geoffrey M. Johnson*
                                                  GEOFFREY M. JOHNSON (*pro hac vice*)

---

[1]   Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Stipulation of Settlement dated and filed with the Court on September 14, 2018.  Dkt. No. 180, Ex. 1. (the "Stipulation").

12434 Cedar Road, Suite 12
Cleveland Heights, OH 44118
Telephone: (216) 229-6088
Facsimile:  (860) 537-4432
gjohnson@scott-scott.com

DAVID R. SCOTT
AMANDA F. LAWRENCE (BBO #568737)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

JOE PETTIGREW
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619)233-4565
Facsimile: (619)233-0508
jpettigrew@scott-scott.com

BRIAN J. ROBBINS
FELIPE J. ARROYO (*pro hac vice*)
STEVEN R. WEDEKING (*pro hac vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
swedeking@robbinsarroyo.com

*Co-Lead Counsel for Plaintiffs Karen Colgan, Sandra Farah-Franco, and Russell Gourley*

JOSH BAKER
PHILLIP KIM
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827

jbaker@rosenlegal.com
pkim@rosenlegal.com

MATTHEW H. LEE
TIMOTHY W. BROWN
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile:  (516) 344-6204
mlee@thebrownlawfirm.com
tbrown@thebrownlawfirm.com

*Additional Counsel for Plaintiffs*

DAVID WALES
JOHN VIELANDI
**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
DWales@blbglaw.com
john.vielandi@blbglaw.com

NED WEINBERGER
MARK RICHARDSON
THOMAS CURRY
**LABATON SUCHAROW LLP**
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801
Telephone: (302) 573-2540
Facsimile:  (302) 573-2529
nweinberger@labaton.com
mrichardson@labaton.com
tcurry@labaton.com

FRANCIS A. BOTTINI, JR.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile:  (858) 914-2002
fbottini@bottinilaw.com

*Counsel for Plaintiff Silberberg*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of November, 2018.

                                                        */s/ Geoffrey M. Johnson*
                                                        GEOFFREY M. JOHNSON (*pro hac vice*)